MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
for the
**Eastern District of Michigan**

UNITED STATES OF AMERICA

      v.

BUCKLEY, Deandray                      Crim. No.: 21-CR-20089-01 & 21-20061

On 11/16/2021 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 11/07/2022, and the Court made the following findings:

  X   Guilty of violating conditions of supervision. The following special conditions of supervision are added.

"BUCKLEY must continue on supervised release with a termination date of 10/21/2024. This time is tolled because he absconded from supervision."

"You will be monitored by the form of location monitoring technology indicated below for up to 365 days which is determined by the probation officer and approved by the Court. You must follow the rules and regulations of the location monitoring program. The costs of the monitoring are waived."

      __ Location monitoring technology at the discretion of the probation officer

      __ Radio Frequency (RF) Monitoring

      X GPS Monitoring (including hybrid GPS)

      __ Voice Recognition. This form of location monitoring technology will be used to monitor the following restriction on your movement in the community.

      X You are restricted to your residence every day from 10:00 p.m. to 6:00 a.m. (Curfew).

"The Court imposes zero tolerance towards any supervised release violation."

                                             Respectfully submitted,

                                             s/Seth M. Martin
                                             United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 22nd Day of November, 2022.

                                               s/Robert H. Cleland
                                               Robert H. Cleland
                                               United States District Judge